UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. STREET,

    Plaintiff,

v.                                                Case No. 12-13995
                                               Hon. Lawrence P. Zatkoff

ESTHER RODRIGUEZ,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 33], in which the Magistrate Judge recommends that the Court grant Defendant's Motion for Summary Judgment [dkt 12]. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [dkt 12] is GRANTED and Plaintiff's complaint is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's motions [dkts 34, 35] to supplement arguments contained in his complaint—filed 17 months after commencement of this case and 14 months after Defendant filed her summary judgment motion—are DENIED.

IT IS SO ORDERED.

Date: March 4, 2014                             <u>S/Lawrence P. Zatkoff</u>
                                                Hon. Lawrence P. Zatkoff
                                                U.S. District Judge